# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:02-cr-00024-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL O NEAL WATERS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Defendant's letter [Doc. 38], which the Court construes as a motion for the early termination of supervised release.[1]

In his letter, the Defendant moves for the early termination of his supervised release. The Defendant's letter, however, is unsigned. The Court cannot rule on any request that is not signed by either the Defendant or his attorney, if he is represented. Accordingly, the Defendant's request for early termination is denied without prejudice. Should the Defendant

---

[1] The Defendant's letter is addressed to his sentencing judge, the Honorable Lacy H. Thornburg, United States District Judge. Judge Thornburg, however, has retired, and this matter has since been reassigned to the undersigned.

renew his request, he should make his request in the form of a motion, that is signed by him (or his attorney, if applicable)

. Additionally, the Defendant should indicate in his motion who his supervising probation officer is and whether that officer agrees with the Defendant's request.

**IT IS, THEREFORE, ORDERED** that letter [Doc. 38], which the Court construes as a motion for the early termination of supervised release, is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 5, 2022

Martin Reidinger
Chief United States District Judge