# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:02-cr-00024-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| MICHAEL O NEAL WATERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's letter [Doc. 40], which the Court construes as a Motion for Early Termination of Supervised Release. The Defendant's supervising probation officer supports the Defendant's request, and counsel for the Government has indicated to the Court that the Government has no opposition to the motion.

Upon review of the Defendant's motion, and in light of the lack of opposition from counsel for the Government and the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Doc. 40] is **GRANTED**, and the Defendant's term of supervised release is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: September 27, 2022

Martin Reidinger
Chief United States District Judge

2

Case 1:02-cr-00024-MR   Document 41   Filed 09/28/22   Page 2 of 2